UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LUIS GUTIERREZ-ROSALES,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-203 RSM<br><br>**DETENTION ORDER** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which defendant can meet which reasonably assures his appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with drug trafficking offenses and has been in custody since the Court ordered him detained in October 2019 in case number MJ-19-503. The Court ordered defendant detained because he has no legal status here, has prior immigration related convictions, provided no verified information about his background, and because defendant did not contest detention. Since the initial detention order was issued, nothing has changed; the Court accordingly detains defendant.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 9th day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 2