UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>LUIS GUTIERREZ ROSALES,<br><br>Defendant. | CASE NO. CR19-203RSM<br><br>ORDER AUTHORIZING PLEA HEARING BY VIDEO |

For good cause shown, the defense motion to permit a plea hearing by video is granted.

ORDERED this 12th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING PLEA HEARING BY VIDEO - 1