UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR19-203 RSM |
| Plaintiff, | ) | |
| | ) | ORDER SEALING DEFENSE |
| v. | ) | RESPONSE |
| | ) | |
| LUIS GUTIERREZ ROSALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court, having considered the motion to seal Exhibit to the Defense Sentencing Memorandum, and good cause being shown, orders that the exhibit may be filed under seal.

Ordered this 15th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Michael Nance, WSBA #13933
Defense Attorney